**File Hashes for IP Address 67.175.247.177**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Naperville, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/12/2015 15:36:49 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EXHIBIT A

NIL587